General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–107. UNITED STATES *v.* LARA. C. A. 8th Cir. [Certiorari granted, 539 U. S. 987.] Motion of respondent to strike portions of the *amici curiae* brief on behalf of Eighteen American Indian Tribes, Lac Courte Oreilles Tribe, et al. denied.

No. 03–339. SOSA *v.* ALVAREZ-MACHAIN ET AL.; and

No. 03–485. UNITED STATES *v.* ALVAREZ-MACHAIN ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1045.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 03–779. ANDRX PHARMACEUTICALS, INC. *v.* KROGER CO. ET AL. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 03–8158. IN RE BERRIAN. Petition for writ of habeas corpus denied.

No. 03–7655. IN RE SALTMAN. Petition for writ of mandamus and/or prohibition denied.

No. 03–633. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* SIMMONS. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

*Certiorari Denied*

No. 03–585. CROWN EQUIPMENT CORP., FKA CROWN CONTROLS CORP. *v.* MCEUIN. C. A. 9th Cir. Certiorari denied.

No. 03–598. NEW JERSEY *v.* GARRON. Sup. Ct. N. J. Certiorari denied.

No. 03–604. CIRCUIT CITY STORES, INC. *v.* INGLE. C. A. 9th Cir. Certiorari denied.

No. 03–605. CIRCUIT CITY STORES, INC. *v.* MANTOR. C. A. 9th Cir. Certiorari denied.

No. 03–632. DUBOIS ET UX. *v.* WEST GATE VILLAGE ASSN. Super. Ct. N. H., Hillsborough County, Southern Dist. Certiorari denied.